# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY, | CASE NO. 1:12-cv-01811-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING DECLARATION |
| v. | (Doc. 8) |
| PAUL COPENHAVER, | |
| Defendant. | |

Plaintiff Matthew James Dury, a federal prisoner proceeding pro se and in forma pauperis, filed this civil action on November 5, 2012. On November 26, 2012, Plaintiff filed a declaration setting forth an update regarding events which occurred in November 2012.

Plaintiff may neither submit evidence in support of his claims piecemeal nor file status updates with the court. If Plaintiff seeks a recognized form of relief to which he is entitled under the law, he must seek relief via a notice of motion and motion.

Accordingly, Plaintiff's declaration is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:　November 27, 2012**　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1