# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY, | CASE NO. 1:12-cv-01811-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING FILINGS |
| v. | (Docs. 11 and 13) |
| PAUL COPENHAVER, | ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT |
| Defendant. | (Docs. 12 and 14) |

Plaintiff Matthew James Dury, a federal prisoner proceeding pro se, filed this civil action on November 5, 2012. On December 17, 2012, Plaintiff filed a "motion" seeking no discernible form of relief to which Plaintiff is entitled under the law, and a motion seeking default judgment. Fed. R. Civ. P. 55(a), (b). On January 22, 2013, Plaintiff sent a notice to the Clerk of the Court threatening to file a complaint with the United Attorney General for obstruction of justice, which was filed. Also filed on January 22, 2013, was another motion for default judgment.

Plaintiff is not entitled to entry of default or default judgment in this action. Fed. R. Civ. P. 55(a), (b). Service of process has not yet been initiated in this action, and in the absence of Defendant's failure to file a timely response once legal service of process has been effected, Plaintiff has no entitlement to the entry of default or default judgment. Fed. R. Civ. P. 4(i). Plaintiff is directed to re-read paragraph 12 of the First Informational Order, which addresses screening and service of process. (Doc. 3.)

With respect to Plaintiff's other motion and notice to the Clerk, the motion seeks no legitimate relief and threats will not be tolerated. Both filings shall be stricken from the record.

1  Accordingly, based on the foregoing, Plaintiff's motions for default judgment are HEREB
2  DENIED, and Plaintiff's miscellaneous motion and notice to the Clerk are ORDERED STRICKEN
3  from the record.

IT IS SO ORDERED.

**Dated:    February 5, 2013**         /s/  **Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE