# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY, | CASE NO. 1:12-cv-01811-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO FILE PARTIAL AMENDMENT |
| v. | (Doc. 16) |
| PAUL COPENHAVER, | |
| Defendant. | |

Plaintiff Matthew James Dury, a federal prisoner proceeding pro se, filed this civil action on November 5, 2012. On February 6, 2013, Plaintiff filed a motion seeking to amend his prayer for relief.

At this stage in the proceedings, Plaintiff has the right to amend once as a matter of course. Fed. R. Civ. P. 15(a). Therefore, Plaintiff may file an amended complaint once without leave of court. However, an amended complaint supercedes the original complaint, Lacey v. Maricopa County, 693 F.3d 896, 907 n.1 (9th Cir. 2012) (en banc), and it must be "complete in itself without reference to the prior or superceded pleading," Local Rule 220.

Plaintiff seeks leave to amend only his prayer for relief, by way of his motion. While Plaintiff may file an amended complaint which is complete within itself, partial or piecemeal

///
///
///
///

1

amendments are not permitted.  For that reason, Plaintiff's motion for leave to file a partial amendment is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

**Dated:   February 19, 2013**                             /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE