1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  MATTHEW JAMES DURY,                     CASE NO. 1:12-cv-01811-LJO-SKO PC

10                    Plaintiff,            ORDER DENYING MOTION FOR LEAVE
                                           TO FILE PARTIAL AMENDMENT
11         v.
                                           (Doc. 16)
12  PAUL COPENHAVER,

13                    Defendant.
                                    /
14  _____

15         Plaintiff Matthew James Dury, a federal prisoner proceeding pro se, filed this civil action on

16  November 5, 2012.  On February 6, 2013, Plaintiff filed a motion seeking to amend his prayer for

17  relief.

18         At this stage in the proceedings, Plaintiff has the right to amend once as a matter of course.

19  Fed. R. Civ. P. 15(a).  Therefore, Plaintiff may file an amended complaint once without leave of

20  court.  However, an amended complaint supercedes the original complaint, Lacey v. Maricopa

21  County, 693 F.3d 896, 907 n.1 (9th Cir. 2012) (en banc), and it must be "complete in itself without

22  reference to the prior or superceded pleading," Local Rule 220.

23         Plaintiff seeks leave to amend only his prayer for relief, by way of his motion.  While

24  Plaintiff may file an amended complaint which is complete within itself, partial or piecemeal

25  ///

26  ///

27  ///

28  ///

1

1   amendments are not permitted.  For that reason, Plaintiff's motion for leave to file a partial

2   amendment is HEREBY ORDERED DENIED.

3

4   IT IS SO ORDERED.

5   **Dated:    February 19, 2013**                              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28