# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY, | CASE NO. 1:12-cv-01811-LJO-SKO PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE AS DUPLICATIVE OF CASE NUMBER 1:12-CV-01810-AWI-SAB PC |
| v. | |
| PAUL COPENHAVER, | (Doc. 1) |
| Defendant. | |

Plaintiff Matthew James Dury, a federal prisoner proceeding pro se, filed this civil action on November 5, 2012. In his complaint, Plaintiff alleges that on September 1, 2012, he notified Unit Manager Ciufo of his need for legal stamps. In addition, Plaintiff alleges that he has been on lock-down twenty-four hours a day for five years and has twelve years remaining, a condition of confinement which violates his rights under the Eighth Amendment of the United States Constitution. Defendant Paul Copenhaver is linked to neither claim.

A review of the actions filed by Plaintiff reveals that on the same day, he filed case number 1:12-cv-01810-AWI-SAB PC. The complaints in the two actions are identical with the exception of the defendant named.[1] Plaintiff may not proceed on the same claims in two separate actions.

Therefore, the Clerk of the Court SHALL close this action on the ground that it raises claims duplicative of those set forth in case number 1:12-cv-01810-AWI-SAB PC.

IT IS SO ORDERED.

Dated:   **March 22, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

---

[1] Unit Manager Ciufo is named in case number 1:12-cv-01810-AWI-SAB PC.

1