# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL COPENHAVER,<br><br>    Defendant.<br>_____ / | CASE NO. 1:12-cv-01811-LJO-SKO PC<br><br>ORDER DISREGARDING NOTICE OF VOLUNTARY DISMISSAL AS MOOT<br><br>(Doc. 20) |

    Plaintiff Matthew James Dury, a federal prisoner proceeding pro se, filed this civil action on November 5, 2012. This action was dismissed on March 25, 2013, on the ground that it was duplicative of another pending case. On June 10, 2013, Plaintiff filed a notice of voluntary dismissal, entitled "Motion to Withdraw this Case." Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. 20.)

    In as much as this case is closed, Plaintiff's notice of voluntary dismissal is HEREBY DISREGARDED as moot.

IT IS SO ORDERED.

**Dated:   June 12, 2013**       /s/ **Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE